IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

NOV 16 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| JACK DEASON,<br><br>  Plaintiff,<br><br>vs.<br><br>TELETECH SERVICES<br>CORPORATION,<br><br>  Defendant. | CV 18-171-M-DWM<br><br>ORDER |

Plaintiff Jack Deason moves to remand this matter to the state court on the grounds that he does not plan to seek recovery in an amount in excess of $75,000. (Doc. 9.) Defendant Teletech Services Corporation does not oppose the motion.

In the absence of diversity jurisdiction, 28 U.S.C. § 1332(a), IT IS ORDERED that the plaintiff's motion (Doc. 9) is GRANTED. The December 6, 2018 Preliminary Pretrial Conference and related deadlines are VACATED. This matter is REMANDED to the Montana Eleventh Judicial District Court. The Clerk of Court is directed to transfer the file to the state court and close the case.

Dated this 16th day of November, 2018.

Donald W. Molloy, District Judge
United States District Court